**Order entered September 11, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00915-CV

### IN THE INTEREST OF A.M., A MINOR

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-11107-U**

## ORDER

We **GRANT** appellant's September 9, 2014 motion for extension of time and **ORDER**

the brief be filed no later than September 15, 2014.  No further extensions will be granted absent

exigent circumstances.


/s/      ELIZABETH LANG-MIERS
           JUSTICE